# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,　　　　　　　　　)<br>)<br>)<br>)<br>*Plaintiff*,　　　　　　　　　　　　　　　　　　　　　　)<br>)<br>　v.　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>)<br>LYNN FITCH, in her official capacity　　　　　　　　　　　　)<br>as ATTORNEY GENERAL OF THE STATE　　　　　　　　　)<br>OF MISSISSIPPI,　　　　　　　　　　　　　　　　　　　　)<br>)<br>*Defendant*.　　　　　　　　　　　　　　　　　　　　　　)<br>) | Civil No. 1:24-cv-164-HSO-BWR |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Novartis Pharmaceuticals Corporation hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Opinion and Order of July 1, 2024 (ECF No. 29) denying a preliminary injunction in this matter.

Dated: July 2, 2024	Respectfully submitted,

 	<u>s/J. William Manuel</u>
 	J. William Manuel (MS Bar No. 9891)
 	BRADLEY ARANT BOULT CUMMINGS LLP
 	One Jackson Place
 	188 E. Capitol Street, Suite 1000
 	Jackson, MS 39201
 	Telephone: (601) 948-8000
 	Facsimile: (601) 948-3000
 	wmanuel@bradley.com

 	Catherine E. Stetson*
 	Susan M. Cook*
 	Marlan Golden*
 	HOGAN LOVELLS US LLP

555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
cate.stetson@hoganlovells.com
susan.cook@hoganlovells.com

*Admitted Pro Hac Vice*

*Attorneys for Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2024, I electronically filed the foregoing Notice of Appeal using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties of record.

                                                                                s/J. William Manuel
                                                                                J. William Manuel

Dated:  July 2, 2024